UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EQ NORTHEAST, INC.,

        Plaintiff,

v.                                              Case No. 07-C-27

FIRST AMERICAN ENGINEERED
SOLUTIONS, LLC, and GERALD
MORRIS,

        Defendants.

**ORDER**

      In this action, Plaintiff EQ Northeast, Inc., ("EQ") sought to compel Defendants First American Engineered Solutions, LLC and Gerald Morris to deposit a payment previously received from the United States Environmental Protection Agency ("EPA") into the escrow account the parties had created for that purpose pursuant to a previous settlement agreement. EQ also sought judgment against both defendants on an overdue promissory note that they had signed as part of the same settlement. On July 18, 2007, the court entered an order granting EQ's motion for summary judgment as to both claims. Judgment was thereafter entered on August 22, 2007. On September 5, 2007, Defendant Gerald Morris sent a letter requesting to represent himself in the matter and offering a "response" to the court's decision. Accompanying Morris' response were two binders of documents, the first approximately four inches in thickness and the second approximately six inches, entitled "Evidence to be Entered into the Record." The documents contained in the binders appear to relate to the relationship between the parties and the different EPA projects upon which

they collaborated. In his letter accompanying the submission, Morris suggests that the documents implicate EQ in criminal conduct. There is no explanation as to how the documents may relate to this action. Nor is there any argument or authority put forth as to why the record in this case should be reopened to allow their submission. No motion for reconsideration of the court's decision and judgment, nor a notice of appeal have been filed.

Accordingly, to the extent that Morris seeks to supplement the record by introducing the two binders of documents, his motion is **DENIED**. The clerk may contact Morris to arrange for the return of his documents.

**SO ORDERED** this   10th   day of September, 2007.

  s/ William C. Griesbach  
William C. Griesbach  
United States District Judge